UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

PRIORITY SEND

CIVIL MINUTES -- GENERAL

Case No.   **CV 06-6312-JFW (MANx)**                           Date: August 20, 2007

Title:   Herbalife International, Inc. -v- National Union Fire Insurance Co. of Pittsburgh, PA

---

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
None

**ATTORNEYS PRESENT FOR DEFENDANTS:**
None

**PROCEEDINGS (IN CHAMBERS):**   ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT [filed 7/12/07; Docket No. 59]

The Court, on its own motion, hereby **CONTINUES** the hearing on Plaintiff Herbalife International, Inc.'s Motion for Partial Summary Judgment, currently on calendar for August 27, 2007, to September 10, 2007 at 1:30 p.m.

IT IS SO ORDERED.

The Clerk shall serve a copy of this Minute Order on all parties to this action.