

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Herbalife International, Inc., <br><br> Plaintiff, <br><br> v. <br><br> National Union Fire Insurance Company of Pittsburgh, PA, <br><br> Defendant. | Case No. **CV06-6312-JFW(MANx)** <br><br> **JUDGMENT** |

The Court, having granted Defendant's motion for summary judgment based on its determination that there was no genuine issue as to any material fact and that Defendant was entitled to judgment as a matter of law on all claims for relief alleged against it,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in this action as follows:

1. Plaintiff Herbalife International, Inc. shall recover nothing from the named Defendant;

/ / /

2. Defendant National Union Fire Insurance Company of Pittsburgh, PA shall have judgment in its favor on Plaintiff's entire action; and

3. Defendant shall recover from Plaintiff its costs of suit in the sum of $_____$.

The Clerk is ordered to enter this Judgment.

Dated: September 19, 2007

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE