DOCKETED ON CM

OCT 23 2007

BY _____ _____184

FILED

2007 OCT 19  PM 4: 28
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

1    UNITED STATES COURT OF APPEALS

2    FOR THE NINTH CIRCUIT

3

4    HERBALIFE INTERNATIONAL, INC.,          No. _____

5                     Plaintiff,             D C. # CV 06-06312 JFW (MANx)
                                             (C.D. Cal. Los Angeles)
6    vs.

7    NATIONAL UNION FIRE INSURANCE
     COMPANY OF PITTSBURGH, PA.,
8
                     Defendant.
9

10

11              **REPRESENTATION STATEMENT**

12        The undersigned represents Herbalife International, Inc., plaintiff and appellant in this

13   matter, and no other party.  Attached is a service list that shows all of the parties to the action

14   below, and identifies their counsel by name, firm, address, and telephone number, where

15   appropriate.  (F.R.A.P. 12(b); Circuit Rule 3-2(b) )

16   DATED:  October 17, 2007              Respectfully submitted,

17

18                                         By: _____

19                                             Dennis M. Cusack
                                               Erica Villanueva
20                                             Farella Braun + Martel LLP
                                               235 Montgomery Street, 30th Floor
21                                             San Francisco, CA 94104
                                               415-954-4400
22

23                                         I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
                                           FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
                                           (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
                                           RECORD IN THIS ACTION ON THIS DATE.

24                                         DATED: ___11-23-07___

25                                         _____
                                           DEPUTY CLERK
26

27                                         **BY FAX**

28

Farella Braun & Martel LLP        HERBALIFE'S REPRESENTATION
235 Montgomery Street  17th Floor  STATEMENT
San Francisco, CA  94104          Case No.  CV 06-06312 JFW (MANx)                    18495\1359575 1
(415) 954-4400



| | | |
|---|---|---|

### SERVICE LIST

| | |
|---|---|
| Herbalife International, Inc. | Dennis M. Cusack<br>Erica Villanueva<br>Farella Braun + Martel LLP<br>235 Montgomery Street, 30th Floor<br>San Francisco, CA 94104<br>Tel. 415-954-4400<br>Fax: 415-954-4480 |
| National Union Fire Insurance Company of Pittsburgh, Pa, | Thomas H. Sloan<br>Michael D. Lisi<br>Krieg Keller Sloan Reilley & Roman LLP<br>114 Sansome Street, Suite 400<br>San Francisco, CA 94104-3898<br>Tel: 415-249-8330<br>Fax: 415-249-8333 |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

HERBALIFE'S REPRESENTATION
STATEMENT                                    - 2 -
Case No. CV 06-06312 JFW (MANx)                              18495\1359575 1

# PROOF OF SERVICE

1

2    I, Karen Bolig, declare:

3    I am a citizen of the United States and employed in San Francisco County,

4  California. I am over the age of eighteen years and not a party to the within-entitled

5  action. My business address is 235 Montgomery Street, 17th Floor, San Francisco,

6  California 94104. On October 18, 2007, I served a copy of the within document(s):

7    ## REPRESENTATION STATEMENT

8    ☐   by transmitting via facsimile the document(s) listed above to the fax
         number(s) set forth below on this date before 5:00 p.m.
9

10   ☒   by placing the document(s) listed above in a sealed envelope with
         postage thereon fully prepaid, in the United States mail at San
         Francisco, California addressed as set forth below.
11

12   ☐   by placing the document(s) listed above in a sealed FedEx envelope
         and affixing a pre-paid air bill, and causing the envelope to be
         delivered to a FedEx agent for delivery.
13

14   ☐   by personally causing Specialized messenger service to deliver the
         document(s) listed above to the person(s) at the address(es) set forth
         below.
15

16   Thomas H. Sloan, Esq.
     Michael Lisi, Esq.
17   Krieg Keller Sloan Reilley & Roman LLP
     114 Sansome Street, Suite 400
     San Francisco, CA 94104-3898
18   Phone: 415-249-8330
     Fax: 415-249-8333
19   **Attorneys for Defendant**

20   I am readily familiar with the firm's practice of collection and processing

21  correspondence for mailing. Under that practice it would be deposited with the

22  U.S. Postal Service on that same day with postage thereon fully prepaid in the

23  ordinary course of business.

24

25

26

27

28

PROOF OF SERVICE
Case No CV 06-06312 JFW (MANx)

18495\1365472 1

1   I declare under penalty of perjury that the foregoing is true and correct.

2   Executed on October 18, 2007, at San Francisco, California.

3

4                                    Karen Kolig

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28